Skip to Main Content Logout My Account Search Menu New Civil Probate Family Search Refine Search  Back          Location : Bernalillo County   Images Help

# REGISTER OF ACTIONS
## CASE NO. D-202-CV-2015-03778

| | | | |
|---|---|---|---|
| **Patricia Cabrera v. Wal-Mart Stores East LP** | § § § § § § § | Case Type: | **Tort** |
| | | Date Filed: | **05/05/2015** |
| | | Location: | **Bernalillo County** |
| | | Judicial Officer: | **Malott, Alan** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | **Attorneys** |
| **Defendant** | **Wal-Mart Stores East LP** | **Alana M. De Young** |
| | | *Retained* |
| | | 505-848-1800(W) |
| | | |
| | | **Megan A. Muirhead** |
| | | *Retained* |
| | | 505-848-1853(W) |
| | | |
| **Plaintiff** | **Cabrera, Patricia** | **Thomas M. Allison** |
| | | *Retained* |
| | | 505-242-3333(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 05/05/2015 | **Cause Of Actions** | Tort: Personal Injury Non Auto |
| | Action Type | Action |
| 05/05/2015 | **Cause Of Actions** | Other Damages |
| | Action Type | Action |
| 05/05/2015 | **OPN: COMPLAINT** | |
| 05/05/2015 | **ARB: CERT NOT SUBJECT** | |
| 05/06/2015 | **JDG: JUDGE EXCUSAL/PEREMPTORY CHALLENGE** (Judicial Officer: Lopez, Victor S. ) | |
| 05/06/2015 | **NTC: JUDGE ASSIGNMENT** (Judicial Officer: Malott, Alan ) | |
| 05/13/2015 | **Summons** | |

| | Served | 05/28/2015 |
|---|---|---|
| Wal-Mart Stores East LP | Response Received | 06/23/2015 |
| | Returned | 06/16/2015 |

| | |
|---|---|
| 06/04/2015 | **ENTRY OF APPEARANCE** |
| 06/04/2015 | **DISCOVERY** |
| 06/16/2015 | **SUMMONS RETURN** |
| 06/23/2015 | **ANSWER** |
| 06/23/2015 | **JURY DEMAND 12 PERSON** |
| 07/01/2015 | **DISCOVERY** |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| | **Defendant** Wal-Mart Stores East LP | | |
| | Total Financial Assessment | | 300.00 |
| | Total Payments and Credits | | 300.00 |
| | **Balance Due as of 07/08/2015** | | **0.00** |
| 06/24/2015 | Transaction Assessment | | 300.00 |
| 06/24/2015 | File & Serve Payment | Receipt # ALBD-2015-19089    Wal-Mart Stores East LP | (300.00) |
| | | | |
| | **Plaintiff** Cabrera, Patricia | | |
| | Total Financial Assessment | | 132.00 |
| | Total Payments and Credits | | 132.00 |
| | **Balance Due as of 07/08/2015** | | **0.00** |
| 05/05/2015 | Transaction Assessment | | 132.00 |
| 05/05/2015 | File & Serve Payment | Receipt # ALBD-2015-13862    Cabrera, Patricia | (132.00) |



**FILED IN MY OFFICE**
**DISTRICT COURT CLERK**
**5/5/2015 1:23:16 PM**
**James A. Noel**
**Chris Peck**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

        Plaintiff,

v.                          NO.    D-202-CV-2015-03778

WAL-MART STORES EAST, LP

        Defendant.

## COMPLAINT FOR MONEY DAMAGES

COMES NOW Plaintiff, by and through her attorneys, Whitener Law Firm, P.A., (Thomas M. Allison, Esq.) and for her Complaint for Money Damages, states as follows:

1.      Plaintiff is a resident of Albuquerque, County of Bernalillo, State of New Mexico.

2.      Upon information and belief, Wal-Mart Stores East, LP ("Wal-Mart") is a foreign for-profit corporation doing business in Bernalillo County, State of New Mexico.

3.      The incident giving rise to the instant Complaint occurred in the County of Bernalillo, State of New Mexico.

4.      This Court has jurisdiction over the subject matter and named parties in this action. Venue is properly laid in this Court.

5.      On or about May 23, 2014, Plaintiff was a legal visitor on Wal-mart's premises ("the premises"), a retail store ("store") located at 10224 Coors Bypass in Albuquerque.

6.     On May 23, 2014, while on the premises (attempting to exit the store), she tripped and fell on a raised transition strip or threshold on the floor.  The transition strip or threshold was also in disrepair.

7.     As owner and/or occupier of the premises, Wal-mart owed Plaintiff the duty to use ordinary care to keep the premises safe for use by Plaintiff.

8.     At the time of this incident, the raised transition strip or threshold, which was in disrepair, constituted a dangerous condition.

9.     Defendant owed Plaintiff a duty to use ordinary care to keep the premises safe for her use.

10.    Defendant breached its duty to Plaintiff by failing to use ordinary care to keep the premises safe for her use.

11.    Defendant's negligence includes, but is not limited to, failing keep the walking surface of the floor safe.

12.     The incident described above occurred as a direct and proximate result of Defendant's negligence (which may be shown, *inter alia*, by means of circumstantial evidence or *res ipsa loquitur*).

13.    Plaintiff suffered significant and permanent injuries and damages as a direct result of this incident.

WHEREFORE, Plaintiff prays for a money judgment against Defendant in an amount to be determined at time of trial to include, but not limited to:  past and future medical expenses, past and future pain and suffering, permanent impairment, pre- and

post-judgment interest, costs, and such other and further relief as the Court deems just

and proper.

Respectfully submitted,

WHITENER LAW FIRM, P.A.

Electronically Signed

Thomas M. Allison, Esq.
*Attorney for Plaintiff*
4110 Cutler Avenue N.E.
Albuquerque, NM 87110
(505) 242-3333/Fax (505) 242-3322
Email:  tm5052002@yahoo.com

3

**FILED IN MY OFFICE**
**DISTRICT COURT CLERK**
**5/5/2015 1:23:16 PM**
**James A. Noel**
**Chris Peck**

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

        Plaintiff,

vs.                    NO.       D-202-CV-2015-03778

WAL-MART STORES EAST, LP,

        Defendant.

<u>**COURT-ANNEXED ARBITRATION CERTIFICATION**</u>

    COMES NOW Plaintiff, by and through her attorneys, Whitener Law Firm, P.A. (Thomas M. Allison, Attorneys at Law) and pursuant to the Second Judicial District Local Rules, Rule LR2-603, certifies that Plaintiff herein DOES seek relief in excess of twenty-five thousand dollars ($25,000.00) exclusive of punitive damages, interest and attorney's fees.

                            Respectfully submitted,

                            WHITENER LAW FIRM, P.A.


                            */s/ Thomas M. Allison*
                            Thomas M. Allison
                            *Attorneys for Plaintiff*
                            4110 Cutler Avenue NE
                            Albuquerque, New Mexico 87110
                            505/242-3333
                            505/242-3322 (fax)
                            tm5052002@yahoo.com

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/6/2015 3:14:32 PM
James A. Noel
Pam Martinez

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

        Plaintiff,

vs.                              NO.  D-202-CV-2015-03778

WAL-MART STORES EAST, LP,

        Defendant.

## NOTICE OF PEREMPTORY ELECTION TO EXCUSE JUDGE

    **COMES NOW**, the Plaintiff, by and through her attorneys, Whitener Law Firm, P.A.

(Thomas M. Allison, Attorney at Law), and pursuant to Rule 1-088.1 of the New Mexico District

Court Rules of Civil Procedure, and hereby notifies the Court and the Defendant that she is exercising

her statutory right and peremptory election to excuse the Honorable Victor S. Lopez from presiding

over the above-captioned cause.

Dated:   May 6, 2015

                                          Respectfully submitted,

                                          */s/ Thomas M. Allison*
                                          Thomas M. Allison
                                          Attorneys for Plaintiff
                                          4110 Cutler Avenue NE
                                          Albuquerque, NM 87110
                                          505/242-3333
                                          505/242-3322 (fax)
                                          tm5052002@yahoo.com

I hereby certify that on May 6,_____, 2015,
I filed the foregoing electronically through
The Odyssey File & Serve system.

FILED IN MY OFFICE
DISTRICT COURT CLERK
5/6/2015 5:21:04 PM
James A. Noel
Pam Martinez

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA

V.

WAL-MART STORES EAST LP                    No. D-202-CV-2015-03778

NOTICE OF JUDGE REASSIGNMENT

The above referenced case has been reassigned to the Honorable Alan Malott, District Judge, Second Judicial

District. This reassignment is effective 5/6/2015.

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

By: _____
Pamela Martinez

Electronically Filed On:  5/6/2015
To All Parties Entitled to Notice

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/4/2015 2:56:45 PM
James A. Noel
Shellene Romero

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

               Plaintiff,

v.                                 No. D-202-CV-2015-03778

WAL-MART STORES EAST, L.P.,

               Defendant.

## ENTRY OF APPEARANCE

      Megan T. Muirhead and Alana M. De Young of Modrall, Sperling, Roehl, Harris & Sisk,

P.A., hereby enter their appearance on behalf of Defendant, Wal-Mart Stores East L.P., in the

above-captioned and numbered matter.


                                       MODRALL, SPERLING, ROEHL, HARRIS
                                       & SISK, P.A.

                                By:     /s/ Alana M. De Young
                                      Megan Muirhead
                                      Alana M. De Young
                                      *Attorneys for Wal-Mart Stores East L.P.*
                                      Post Office Box 2168
                                      Bank of America Centre
                                      500 Fourth Street NW, Suite 1000
                                      Albuquerque, New Mexico  87103-2168
                                      Telephone: 505-848-1800
                                      mmuirhead@modrall.com
                                      amd@modrall.com

I HEREBY CERTIFY that on the 4th day of June, 2015, I submitted for e-filing and service the foregoing document through "Odyssey File & Serve."

I FURTHER CERTIFY that on such date I served the foregoing to the participants/counsel in the manner indicated below to ensure that they will receive copies of the pleadings submitted for electronic filing:

Via e-mail and U.S. Mail:

Thomas M. Allison
Whitener Law Firm, P.A.
4110 Cutler Avenue NE
Albuquerque, NM 87110
tm5052002@yahoo.com

*Attorney for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By:    */s/ Alana M. De Young*
        Alana M. De Young

Y:\dox\client\75301\0452\PLEADING\W2457971.DOCX

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/4/2015 2:56:45 PM
James A. Noel
Shellene Romero

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

       Plaintiff,

v.                                 No. D-202-CV-2015-03778

WAL-MART STORES EAST, L.P.,

       Defendant.

### CERTIFICATE OF SERVICE

      We hereby certify that *Defendant Wal-Mart's First Set of Interrogatories, Requests for Production, and Requests for Admission to Plaintiff* and copy of this Certificate of Service were delivered via regular mail and e-mail to counsel for Plaintiff, Thomas M. Allison, Whitener Law Firm, P.A., 4110 Cutler Avenue NE, Albuquerque, NM 87110, tm5052002@yahoo.com, this 4th day of June, 2015.

                                  MODRALL, SPERLING, ROEHL, HARRIS
                                  & SISK, P.A.

                                  By:    /s/ Alana M. De Young
                                      Megan Muirhead
                                      Alana M. De Young
                                      *Attorneys for Wal-Mart Stores East L.P.*
                                      Post Office Box 2168
                                      Bank of America Centre
                                      500 Fourth Street NW, Suite 1000
                                      Albuquerque, New Mexico  87103-2168
                                      Telephone: 505-848-1800
                                      mmuirhead@modrall.com
                                      amd@modrall.com

Y:\dox\client\75301\0452\PLEADING\W2457977.DOCX

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/16/2015 10:47:24 AM
James A. Noel
Pam Martinez

| SUMMONS | |
|---|---|
| **District Court:**  Second Judicial District Court County of Bernalillo,  New Mexico<br>**Court Address: 400 Lomas NW, Albuquerque, NM 87103**<br>**Court Telephone No.: (505) 841-7425** | **Case Number: D-202-CV-2015-03778**<br><br>**Judge: Alan Malott** |
| **Plaintiffs**<br>**Patricia Cabrera,**<br>**v.**<br>**Defendant:**<br>**Wal-Mart Stores East LP,** | **Defendant:**<br><br>**Wal-Mart Stores East, LP** |

**TO THE ABOVE NAMED DEFENDANT(S):** Take notice that:

**1.**      A lawsuit has been filed against you.  A copy of the lawsuit is attached.  The Court issued this Summons.

**2.**      You must respond to this lawsuit in writing.  You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons.  (The date you are considered served with the Summons is determined by Rule 1-004 NMRA)  The Courts address is listed above.

**3.**      You must file (in person or by mail) your written response with the Court.  When you file your response, you must give or mail a copy to the person who signed the lawsuit.

**4.**      If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.

**5.**      You are entitled to a jury trial in most types of lawsuits.  To ask for a jury trial, you must request one in writing and pay a jury fee.

**6.**      If you need an interpreter, you must ask for one in writing.

**7.**      You may wish to consult a lawyer.  You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at ____5/13/2015_____ , New Mexico, this _____ day of _____, 2015.

WHITENER LAW FIRM, P.A.

_Electronically Signed_

JAMES A. NOEL
CLERK OF THE DISTRICT COURT

by: _Tracie Laahty_
Deputy Clerk

Thomas M. Allison, Esq.
4110 Cutler Ave NE
Albuquerque, NM  87110
(505) 242-3333/Fax (505) 242-3322
Email Address: tm5052002@yahoo.com

**THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.**

# AFFIDAVIT OF SERVICE

State of New Mexico                County of Bernalillo                Second Judicial District Court

Case Number: D-202-CV-2015-03778

Plaintiff:
**Patricia Cabrera,**

vs.

Defendant:
**Wal-Mart Stores East LP,**

For:
Thomas Allison
Whitener Law Firm, P.A.
4110 Cutler Ave, N.E.
Albuquerque, NM  87110

Received these papers on the 26th day of May, 2015 at 12:46 pm to be served on **Wal-Mart Stores East Lp, 205 E Bender, Suite 150, Hobbs, NM 88240.**

I, Fabian Jimenez, being duly sworn, depose and say that on the **28th day of May, 2015** at **4:00 pm, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Notice of Peremptory Election to Excuse Judge, Notice of Judge Reassignment, Court-Annexed Arbitration Certification, Complaint for Money Damages, Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Wal-Mart Stores East, LP** to: **Donna Hunter** at the address of: **205 E Bender, Suite 150, Hobbs, NM 88240,** who stated they are authorized to accept service for **Wal-Mart Stores East Lp,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/28/2015  4:00 pm   Fabian Jimenez served Wal-Mart Stores East Lp at 205 E Bender, Suite 150, Hobbs, NM 88240 by hand delivering documents to Donna Hunter, as office manager and authorized agent.

**Description** of Person Served:  Age: 50,  Sex: F,  Race/Skin Color: African Americ,  Height: 5'8",  Weight: 150, Hair: Black,  Glasses: Y

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 2nd day of June, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

OFFICAL SEAL
**TABATHA RIVERA**
Notary Public
State of New Mexico
My Commission Expires: 7-22-15

*Fabian Jimenez*
_____
**Fabian Jimenez**
Process Server

Our Job Serial Number: MPP-2015007929

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/23/2015 11:23:46 AM
James A. Noel
Veronica Archuleta

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

       Plaintiff,

v.                                   No. D-202-CV-2015-03778

WAL-MART STORES EAST, L.P.,

       Defendant.

## DEFENDANT WAL-MART'S ANSWER TO COMPLAINT FOR MONEY DAMAGES

Defendant Wal-Mart Stores East, L.P. ("Wal-Mart"), by and through its attorneys of record, Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Megan T. Muirhead and Alana M. De Young), answer Plaintiff's Complaint for Money Damages ("Complaint") as follows:

1.      In response to Paragraph 1 of the First Amended Complaint, Wal-Mart lacks specific knowledge or information with which to admit or deny the allegations contained therein, and, therefore, denies the same.

2.      In response to Paragraph 2 of the Complaint, Wal-Mart admits only it is a corporation that does business in Bernalillo County, New Mexico.

3.      In response to Paragraph 3 of the First Amended Complaint, Wal-Mart lacks specific knowledge or information with which to admit or deny the allegations contained therein, and, therefore, denies the same.

4.      Paragraph 4 of the Complaint contains legal conclusions to which no response is required. To the extent a response is deemed necessary, Wal-Mart denies the allegations contained therein.

1

5.      In response to Paragraph 5 of the Complaint, Wal-Mart admits Plaintiff was present at the Wal-Mart store located at 10224 Coors Bypass in Albuquerque, New Mexico on or about May 23, 2014.

6.      Wal-Mart denies the allegations contained in Paragraph 6 of the Complaint.

7.      Paragraph 7 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is deemed necessary, Wal-Mart denies it owed Plaintiff any duty beyond those set forth under New Mexico statutory or common law.

8.      Wal-Mart denies the allegations contained in Paragraph 8 of the Complaint, and in particular denies any "dangerous condition" or hazard existed.

9.      Paragraph 9 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is deemed necessary, Wal-Mart denies it owed Plaintiff any duty beyond those set forth under New Mexico statutory or common law.  Wal-Mart specifically denies it breached any duty to Plaintiff.

10.     Paragraph 10 of the Complaint contains a legal conclusion to which no response is required. To the extent a response is deemed necessary, Wal-Mart denies it breached any duty set forth under New Mexico statutory or common law, and therefore, denies the allegations contained therein.

11.     Wal-Mart denies the allegations contained in Paragraph 11 of the Complaint.

12.     Wal-Mart denies the allegations contained in Paragraph 12 of the Complaint

13.     In response to Paragraph 13 of the Complaint, Wal-Mart states it lacks specific knowledge or information with which to admit or deny the allegations contained therein, and, therefore, denies the same.

14.    Wal-Mart denies that Plaintiff is entitled to any of the relief requested in the WHEREFORE paragraph of Plaintiff's Complaint.

15.    Wal-Mart further denies each and every allegation not specifically admitted herein, including Plaintiff's prayer for relief, and denies that Plaintiff is entitled to any of the damages or relief sought.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

As a further, separate, and alternative defense, Defendant Wal-Mart states the Complaint should be dismissed to the extent it fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

As a further, separate, and alternative defense, Wal-Mart states to the extent Plaintiff has suffered any damage or injury, which Defendant expressly denies, Plaintiff's claim should be dismissed to the extent Plaintiff and/or third parties, over whom Wal-Mart is not responsible, proximately caused and are liable for any such injury or damage.

### THIRD DEFENSE

As a further, separate, and alternative defense, Wal-Mart states to the extent that Plaintiff has suffered any damages, which Defendant expressly denies, Plaintiff's damages should be barred or reduced to the extent Plaintiff has failed to mitigate the damages.

### FOURTH DEFENSE

As a further, separate, and alternative defense, Wal-Mart states to the extent that it is liable for any alleged damage or injury, which it expressly denies, the negligence and fault of persons and entities other than Wal-Mart (whether or not parties to this action) was a proximate cause of Plaintiff's alleged injuries and damages, and recovery that might otherwise ensue must either be barred or reduced accordingly under the doctrine of comparative negligence and fault.

### FIFTH DEFENSE

As a further, separate, and alternative defense, Wal-Mart states the damages of which Plaintiff complains should be barred or reduced to the extent the damages were the proximate result of an independent intervening cause.

### SIXTH DEFENSE

As a further, separate, and alternative defense, Defendant states that Plaintiff's claims are barred in whole or in part to the extent Plaintiff failed to meet her common law and statutory duties to look out and exercise reasonable care for her own safety.

### SEVENTH DEFENSE

As a further, separate, and alternative defense, Defendant states that the claims of Plaintiff are barred, and/or her damages should be apportioned, to the extent the alleged injuries claimed by Plaintiff are the proximate result of a pre-existing condition and/or subsequent injury.

Defendant Wal-Mart reserves its right to add any and all additional defenses identified through the course of discovery.

**WHEREFORE**, having fully answered the Complaint, Defendant Wal-Mart respectfully requests the Plaintiff's Complaint be dismissed with prejudice or in the alternative, judgment be

entered in favor of Wal-Mart, and that Wal-Mart recover its costs and other further relief as the

Court deems just and proper.

Respectfully submitted:

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By:_____/s/ Alana M. De Young_____
        Megan Muirhead
        Alana M. De Young
        *Attorneys for Wal-Mart Stores East L.P.*
        Post Office Box 2168
        Bank of America Centre
        500 Fourth Street NW, Suite 1000
        Albuquerque, New Mexico  87103-2168
        Telephone: 505-848-1800
        mmuirhead@modrall.com
        amd@modrall.com

I HEREBY CERTIFY that on the 23rd day of June, 2015, I submitted for e-filing the foregoing document through "Odyssey File & Serve."

I FURTHER CERTIFY that on such date I served the foregoing to the participants/counsel in the manner indicated below to ensure that they will receive copies of the pleadings submitted for electronic filing:

Via e-mail:

Thomas M. Allison
Whitener Law Firm, P.A.
4110 Cutler Avenue NE
Albuquerque, NM 87110
tm5052002@yahoo.com

*Attorney for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: ___/s/ Alana M. De Young_____
        Alana M. De Young

Y:\dox\client\75301\0452\PLEADING\W2469528.DOCX

5

FILED IN MY OFFICE
DISTRICT COURT CLERK
6/23/2015 11:23:46 AM
James A. Noel
Veronica Archuleta

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

       Plaintiff,

v.                             No. D-202-CV-2015-03778

WAL-MART STORES EAST, L.P.,

       Defendant.

## JURY DEMAND

     Defendant Wal-Mart Stores East, L.P., by and through its attorneys of record, Modrall,

Sperling, Roehl, Harris & Sisk, P.A. (Megan T. Muirhead and Alana M. De Young), hereby

demand trial by jury of twelve (12) persons in the above entitled and numbered cause on all legal

issues so triable. With this request, Defendant herewith tenders to the Clerk of Court the sum of

$300.00. Plaintiff did not demand trial by jury in her Complaint.

                    Respectfully submitted:

                    MODRALL, SPERLING, ROEHL, HARRIS
                    & SISK, P.A.

                    By:_____*/s/ Alana M. De Young*_____
                          Megan Muirhead
                          Alana M. De Young
                          *Attorneys for Wal-Mart Stores East L.P.*
                          Post Office Box 2168
                          Bank of America Centre
                          500 Fourth Street NW, Suite 1000
                          Albuquerque, New Mexico  87103-2168
                          Telephone: 505-848-1800
                          mmuirhead@modrall.com
                          amd@modrall.com

I HEREBY CERTIFY that on the 23rd day of June, 2015, I submitted for e-filing the foregoing document through "Odyssey File & Serve."

I FURTHER CERTIFY that on such date I served the foregoing to the participants/counsel in the manner indicated below to ensure that they will receive copies of the pleadings submitted for electronic filing:

Via e-mail:

Thomas M. Allison
Whitener Law Firm, P.A.
4110 Cutler Avenue NE
Albuquerque, NM 87110
tm5052002@yahoo.com

*Attorney for Plaintiff*

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By:    */s/ Alana M. De Young*
        Alana M. De Young

Y:\dox\client\75301\0452\PLEADING\W2469524.DOCX

2

FILED IN MY OFFICE
DISTRICT COURT CLERK
7/1/2015 4:31:04 PM
James A. Noel
Nadine Spencer

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

PATRICIA CABRERA,

           Plaintiff,

v.                                                    No. D-202-CV-2015-03778

WAL-MART STORES EAST, L.P.,

           Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July 2015, Plaintiff, Patricia Cabrera's Answers and Objections to Defendant's First Set of Interrogatories to Plaintiff, and Plaintiff, Patricia Cabrera's Responses and Objections to Defendant's Requests For Production and Request for Admission, as well as a copy of this certificate, were mailed to: Alana M. De Young of Modrall, Sperling, Roehl, Harris & Sisk, P.A.; 500 Fourth Street NW, Suite 1000; Albuquerque, NM 87103-2168.

Respectfully submitted,

WHITENER LAW FIRM, P.A.

_Electronically Signed_

Thomas M. Allison
Attorneys for Plaintiff
4110 Cutler Avenue NE
Albuquerque, NM 87110
505/242-3333
505/242-3322 (fax)
tm5052002@yahoo.com