IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA CABRERA,

    Plaintiff,

v.                                                  Civ. No. 15-597 SCY/LF

WAL-MART STORES EAST, LP,

    Defendant.

## FINAL JUDGMENT

On August 28-30, 2017, this Court held a jury trial, resulting in a verdict against Plaintiff Patricia Cabrera and for Defendant Wal-Mart Stores East, LP. This Final Judgment, in compliance with Rule 58 of the Federal Rules of Civil Procedure, adjudicates all existing claims and liabilities of the parties.

**IT IS HEREBY ORDERED** that final judgment is entered in favor of Defendant Wal-Mart Stores East, LP, on Plaintiff's claim, and the case is **DISMISSED** in its entirety.

_____
UNITED STATES MAGISTRATE JUDGE
Sitting by Consent